# **EXHIBIT D**

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia


SEALED

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

a Verizon Wireless LG VN-150 (CDMA) cellular telephone bearing Mobile Equipment Identifier # A000003413603F

Case: 1:12-mj-746
Assigned To : Magistrate Judge John M. Facciola
Assign. Date : 9/21/2012
Description: Search And Seizure Warrant

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___ Columbia ___
*(identify the person or describe the property to be searched and give its location):*
See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before   October 6, 2012
                                                          *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge John M. Facciola _____ *Facciola*
                              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   SEP 21 2012        _____
                                            *Judge's signature*

City and state:   Washington, District of Columbia    Honorable John M. Facciola, Magistrate Judge
                                                      *Printed name and title*

Subject to Protective Order                                          US00121551