# EXHIBIT E

AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  12-mj-6225
)
**Imaged copy of Verizon Wireless cellular telephone** )
**bearing serial number 9330160020** )
)

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Massachusetts____
*(identify the person or describe the property to be searched and give its location)*:
imaged copy of Verizon Wireless cellular telephone bearing serial number 9330160020.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
evidence, fruits, or instrumentalities of violations of Title 18, United States Code, as more fully described in Attachment B, incorporated by reference as if fully set out herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    **November 1, 2012**
                                                                *(not to exceed 14 days)*
☐ in the daytime  6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Leo T. Sorokin_____ .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ___ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  **11:12 AM, Oct 18, 2012**                          _____
                                                                              *Judge's signature*

City and state:    __Boston, MA__                            U.S. Magistrate Judge Leo T. Sorokin
                                                                           *Printed name and title*

Subject to Protective Order                                                                                                           US00121723

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 12-mj-6225 | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

[Print]  [Save As...]  [Reset]

Subject to Protective Order                                                                 US00121724

## **ATTACHMENT A**

The property to be searched is:

a. An imaged copy of a Verizon Wireless cellular telephone bearing serial number 9330160020.

b. An imaged copy of a Dell Inspiron Laptop computer, model N5040, serial number 1CJ2LP1.

Subject to Protective Order                                                                                                        US00121725

## ATTACHMENT B

The items to be seized are evidence, fruits, or instrumentalities of violations of 18 U.S.C. § 371 (Conspiracy); 18 U.S.C. §§ 1343, 1346 (Honest Services Wire Fraud); 18 U.S.C. § 1503(a) (Obstruction of Justice); and 18 U.S.C. § 1505 (Obstruction of Proceeding before Department or Agency) involving Robert Lustyik, Michael Taylor or Johannes Thaler since January 1, 2010, including, without limitation, information relating to:

a. All communications between or among Michael Taylor, Robert Lustyik, Michael Feldman, and Johannes Thaler;

b. All records pertaining to any business relationship between or among Robert Lustyik, Michael Taylor, Michael Feldman, and Johannes Thaler;

c. All records or communications consisting of or pertaining to Robert Lustyik's contact with Michael Taylor's business or business associates, including Johannes Thaler and Michael Feldman;

d. All records or communications consisting of or pertaining to Robert Lustyik's contact with individuals concerning the investigation of Michael Taylor and/or AISC;

e. All records or communications pertaining to Michael Taylor directly or indirectly providing Robert Lustyik or Johannes "Hannes" Thaler with anything of value;

f. The existence and identity of any co-conspirators;

g. The travel or whereabouts of the person or persons who have owned or operated the Devices; and

h. Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

Subject to Protective Order

US00121726