# EXHIBIT U

# Castle, Cy (USAUT)

| | |
|---|---|
| **From:** | Darnell, Keith E., OIG DoD <Keith.Darnell@DODIG.MIL> |
| **Sent:** | Wednesday, January 16, 2013 2:32 PM |
| **To:** | Jeff Fletcher (Jeffrey.Fletcher@ci.irs.gov); Castle, Cy (USAUT); Lund, Robert (USAUT); Ward, Brent (USAUT) 1; Helt, Shaun (Shaun.Helt@ice.dhs.gov) |
| **Subject:** | FW: AISC |
| **Attachments:** | 51.pdf; 74.pdf; 75.pdf; Minmar Contact Information.htm |

It looks like Taylor was working on a $30 million as recently as June 2012.

We're checking through the emails to see if the contract went through.

Shaun, it looks like the Buckeye system is a geospatial mapping system for intelligence purposes...there may be export issues with sending it to Lebanon. Do you have a way to see if AISC or AIS-Arabia has gotten an export license from State or Commerce?

---

**From:** Slowik, Sandra, OIG DoD CTR
**Sent:** Wednesday, January 16, 2013 12:34 PM
**To:** Darnell, Keith E., OIG DoD
**Subject:** FW: AISC


Sandra Slowik, DOD
Defense Criminal Investigative Service
6430 South Fiddlers Green Circle
Suite 350
Greenwood Village, CO 80111
Direct (303) 689-7048
Main DCIS Denver office: (303) 799-8184
Fax (303) 799-8615
sandra.slowik.ctr@dodig.mil

---

**From:** Jessica Gray [mailto:jess@ntilawenforcement.org]
**Sent:** Wednesday, January 16, 2013 10:52 AM
**To:** Slowik, Sandra, OIG DoD CTR
**Subject:** AISC

Please see the attached files.

*Jessica Gray*
Senior Analyst
NTI Law Enforcement Support

1

AISC0112024

Phone: (603) 586-7156
Fax: (603) 586-7164
Jess@ntilawenforcement.org

AISC0112025

# AIS - Arabia

**P.O. Box 8567 Beirut, Lebanon**          Tel. 961-7163-1309

June 14, 2012

Mr. Muhammad Al Kaabi
Chairman
Majectic Group


**Pricing Model:**
The pricing for one complete Buckeye system and service for one year is $30,000,000.00 (Thirty Million US Dollars) Total Price: $30,000,000.00 USD

The costs are based on the below line items that we have used for the last seven years of providing the exact service:

Dedicated Aircraft Based in UAE
All LIDAR and Electro Optical (EO) Sensors, computers, software, communication
All Personnel including:
2 Pilots
2 Mechanics
1 Senior Site Leads and Sensor Experts
2 Sensor Operators
2 Data Processors
12 Months of flight Operations (~ 1,100 hours)
6 Day work week
Deliver additional custom products for all critical customer sites
The following items need to be provided by the customer and are not included in the price:
Housing (9 men)
Fuel for aircraft
Aircraft hanger
Office at aircraft hanger
All required licenses and work permits

**Payment Terms:**
Payment terms are 1/3 deposit upon signing of contract ($10,000,000.00) with a payment of $1,666,666.66 each month starting 30 days after signing of contract.


Sincerely,

*[signature]*

Michael Taylor
Chairman

US00081940
TAYLOR0081940

AISC0112026

| | |
|---|---|
| **From:** | AISC01@aol.com |
| **Sent:** | Thursday, June 14, 2012 6:52 PM |
| **To:** | mikeyaqub@gmail.com |
| **Subject:** | Final Draft |
| **Attachments:** | AIS-Arabia.docx |

Mike

Attached is the final draft we will send.

Can you please send me the e-mail address for Mr. Muhammad Al Kaabi as I don't have it or his card.

Also, who should I send a cc copy to, Mr. Saeed Al Aryani is one and are there any others?

Also, we are going to run this project out of our corp office in Lebanon, "AISC-Arabia" as advised by our lawyers which helps us for tax reasons. I want to make sure that is know so there is no confusion.

Thanks

Mike

US00071963
TAYLOR0071963

AISC0112027

## AIS - Arabia

**Beirut, Lebanon**  *Tel. 961-7163-1309*

---

June 14, 2012

Mr. Muhammad Al Kaabi

Chairman

Majectic Group

**Pricing Model:**

The pricing for one complete Buckeye system and service for one year is $30,000,000.00 (Thirty Million US Dollars)

Total Price: $30,000,000.00 USD

The costs are based on the below line items that we have used for the last seven years of providing the exact service:

Dedicated Aircraft Based in UAE
All LIDAR and Electro Optical (EO) Sensors, computers, software, communication
All Personnel including:
2 Pilots
2 Mechanics
1 Senior Site Leads and Sensor Experts
2 Sensor Operators
2 Data Processors
12 Months of flight Operations (~ 1,100 hours)
6 Day work week
Deliver additional custom products for all critical customer sites
The following items need to be provided by the customer and are not included in the price:
Housing (9 men)
Fuel for aircraft
Aircraft hanger
Office at aircraft hanger
All required licenses and work permits

**Payment Terms:**

Payment terms are 1/3 deposit upon signing of contract ($10,000,000.00) with a payment of $1,666,666.66 each month starting 30 days after signing of contract.

US00071964
TAYLOR0071964

AISC0112028

| Services | References | About Us | FAQS | | |

Contact Us ( Minmar )

All field ( * ) are required

Saddiq Plaza Dukan 8 ,
Shahranaw 10
Kabul - Afghanistan

Tel :    +93-793-155895
         +961-71-631309

Fax :    +961 1 683290

Email : info@minmar.net

For more information
please call us

First Name * :
Last Name * :
Email * :
Tel :
Fax :
Country * :   [Select Country ▼]
Field Of Activity * :
Comments * :

Submit

| Services | References | About Us | FAQS | | |

Contact Us ( Minmar )

Saddiq Plaza Dukan 8 ,
Shahranaw 10
Kabul - Afghanistan

Tel :    +93-793-155895
         +961-71-631309

Fax :    +961 1 683290

Email : info@minmar.net

For more information
please call us

All field ( * ) are required

First Name * :
Last Name * :
Email * :
Tel :
Fax :
Country * :  [Select Country]
Field Of Activity * :
Comments * :

[Submit]

AISC0112030

# Castle, Cy (USAUT)

| | |
|---|---|
| **From:** | Darnell, Keith E., OIG DoD <Keith.Darnell@DODIG.MIL> |
| **Sent:** | Friday, February 01, 2013 9:02 AM |
| **To:** | Bricker, Doug (CRM); Slowik, Sandra, OIG DoD CTR |
| **Cc:** | Sithian, Anand (CRM); Warden, Kristen (CRM); Castle, Cy (USAUT) |
| **Subject:** | RE: AISC CONTRACT 30 Million |

Doug, we got the documents from Taylor's emails that were seized in the middle of 2012. We have found records that indicate a letter of intent was signed between Majestic in UAE and AISC, but we don't know for certain that any money was ever paid.

I initially thought we should send a lead to UAE to have someone talk to Majestic to see what happened, but we've found some emails that suggest AISC may have been working with a company called Geospatial Intelligence and Analysis here in the U.S. to obtain the Buckeye hardware. Yesterday I emailed the Army Buckeye Program Manager to see if he knows GAI. After I hear from him, I'm leaning towards calling GAI and seeing if they did any business with AISC. I also plan to see if the system GAI sells has any export restrictions.

Does that answer your question?

Thanks!

Keith

---

**From:** Bricker, Doug [mailto:Doug.Bricker@usdoj.gov]
**Sent:** Friday, February 01, 2013 8:48 AM
**To:** Slowik, Sandra, OIG DoD CTR; Darnell, Keith E., OIG DoD
**Cc:** Sithian, Anand; Warden, Kristen
**Subject:** FW: AISC CONTRACT 30 Million

Hi Sandra and Keith,

Where/how did you get the docs? Do you know if the contract actually went through as written or was the relationship restructured after indictment?

Thanks

Doug

---

**From:** Slowik, Sandra, OIG DoD CTR [mailto:Sandra.Slowik.ctr@DODIG.MIL]
**Sent:** Thursday, January 31, 2013 11:13 AM
**To:** Bricker, Doug
**Subject:** FW: AISC CONTRACT 30 Million

1

AISC0112031